DOCKET NO. 06-14-00079-CV

IN THE

SIXTH COURT OF APPEALS

at Texarkana

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/12/2015 9:38:52 AM
DEBBIE AUTREY
Clerk

-------------

MONDE STRACENER

Appellant

V.

DOUG STRACENER, BERNICE STRACENER, AND JOEY STRACENER

Appellees

-------------

Appealed from the 115th Judicial District Court

Of Upshur County, Texas

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the Appellant's Brief, except for the caption, identity of parties and counsel, statement regarding oral argument, table of contents, index of authorities, statement of the case, statement of issues presented, statement of jurisdiction, statement of procedural history, signature, proof of service, certification, certificate of compliance, and appendix, as set out in Tex. R. App. P.9.4(i)(1), hereby contains the total of 2,585 words.

Respectfully submitted,

**MINTON & BROWN, PLLC**
Attorneys at Law
134 N. Marshall Street
P. O. Box 1688
Henderson, Texas 75653-1688
(903) 657-3543
(903) 657-3545 Fax
Email: mintonbrown@suddenlinkmail.com

**BY:    /s/ Robert M. Minton**
ROBERT M. MINTON
Attorney for Appellant
Bar Card #14195000